**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                                             No. 11-CR-404 BB

DOUGLAS F. VAUGHAN,

        Defendant.

**SEALED EX PARTE ORDER GRANTING MOTION FOR APPROVAL OF THIRD AND FINAL THREE (3) MONTH DEFENSE BUDGET FROM MARCH 1, 2012 THROUGH JUNE 1, 2012, AND TO ALLOW INTERIM BILLING**

**THIS MATTER** having come before the Court upon a Sealed Ex Parte Motion for Approval of a Third, three (3) Month Defense Budget, from March 1, 2012 through June 1, 2012, or to the conclusion of the case, whichever later, and to Allow Interim Billing, (Doc. 144), pursuant to 18 U.S.C. § 3006A(e)(3) and (e)(3), and the U.S. District Court District of New Mexico CJA Information Manual published January 21, 2010, through defendant Douglas F. Vaughan's court appointed attorney, Amy Sirignano, Esq., and the Court being fully advised in the premises:

**FINDS**: that the motion is well-taken, and Counsel's third, 3-month budget request is granted.

**IT IS THEREFORE ORDERED** that:

Counsel for Mr. Vaughan's third, three month estimated budget from March 1, 2012 through June 1, 2012, or to the conclusion of the case, whichever later, of approximately $36,014.00 is approved;

| | | |
|---|---|---|
| Ms. Amy Sirignano, | 15 hrs/wk. @ $125/hr. x 12 wks. | $ 22,500.00 |
| Ms. Trace Rabern, | 8 hrs/wk. @ $125/hr. x 12 wks. | $ 12,000.00 |
| Perfectly Legal, | 20 hours x $40.00 hr. | $      800.00 |
| Westlaw Reimbursement, | 3 mos. @ $238.00 | $      714.00 |

**Approximate Total:**                                                                          **$  36,014.00**

Interim billing is authorized in this case;

IT IS ALSO ORDERED that this Order shall be entered Ex Parte and a copy shall not be disclosed to the government.

*(signature)*
BRUCE D. BLACK
United States District Court Judge

Submitted by:
/s_____
Amy Sirignano
Counsel for Douglas F. Vaughan